IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY CHAMBERS, SR., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA MEDIA | : | |
| NETWORK, et al., | : | |
| Defendants. | : | NO. 11-6589 |

## ORDER

AND NOW, this 15th day of April, 2013, upon consideration of Plaintiff Jerry Chambers, Sr.'s Amended Complaint (Docket No. 34), the Motion to Dismiss filed by Defendants James Stokes and Lorraine Gennaro (Docket No. 36), the Motion to Dismiss filed by Defendant Philadelphia Media Network, Inc. (Docket No. 37), and Mr. Chambers's responses thereto (Docket Nos. 45-49), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motions to Dismiss are GRANTED without prejudice.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1