IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY CHAMBERS, SR., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA MEDIA NETWORK, et al., | : | |
| Defendants. | : | NO. 11-6589 |

## ORDER

AND NOW, this 12th day of September, 2013, upon consideration of Plaintiff Jerry Chambers, Sr.'s Second Amended Complaint (Docket No. 66), the Motion to Dismiss filed by Defendants James Stokes and Lorraine Gennaro (Docket No. 69), the Motion to Dismiss filed by Defendant Philadelphia Media Network, Inc. (Docket No. 70), and Mr. Chambers's response thereto (Docket No. 76), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motions to Dismiss are GRANTED with prejudice.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1